# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JAMES SLOVER,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI[1], Acting Commissioner<br>of Social Security,<br><br>    Defendant. | Case No.  1:21-cv-01089-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2)<br><br>THIRTY-DAY DEADLINE |

On July 14, 2021, Plaintiff Daniel James Slover ("Plaintiff"), filed the instant action. (Doc. No. 1.)  Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. No. 2).

Plaintiff's application is insufficient for the Court to determine if he is entitled to proceed without prepayment of fees in this action. The application itself is clear. However, the Plaintiff signed and dated the application on December 10, 2019. (*Id.* at 2.)  Based on the date of the form, the Court can be unsure as to the accuracy of the information.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is

---

[1]  Kilolo Kijakazi is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Acting Commissioner Andrew M. Saul as the defendant in this suit.

1   unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in

2   full.

3         Based upon the foregoing, it is HEREBY ORDERED that:

4         1.  The Clerk of the Court is directed to forward an Application to Proceed in District

5             Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

6         2.  Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the

7             $402.00 filing fee for this action, or (2) complete and file the enclosed Application to

8             Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239;

9             and

10        3.  If Plaintiff fails to comply with this order, this action shall be dismissed.

11

12  IT IS SO ORDERED.

13      Dated:    **July 16, 2021**                    /s/ *Barbara A. McAuliffe*

14                                             UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28