DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JAMES SLOVER,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-01089-DAD-BAM<br><br>STIPULATION AND |~~PROPOSED~~| ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 4-day extension of time, from June 28, 2022 to July 5, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  Good cause exists for this late request. Plaintiff's Counsel has been ill this week.  Although Counsel had every intention of completing the opening brief due this week, but is

unable due to ongoing symptoms, Counsel was unable to do so. Counsel is seeking a 30-day extension.  Good cause exists for the additional extension.  During the next two weeks, Counsel has eight opening briefs due.  The additional time will allow Counsel to complete the Opening Brief.

      Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                  Respectfully submitted,

Dated: June 28, 2022        PENA & BROMBERG, ATTORNEYS AT LAW

                                  By: */s/ Dolly M. Trompeter*
                                      DOLLY M. TROMPETER
                                      Attorneys for Plaintiff

Dated: June 28, 2022        PHILLIP A. TALBERT
                                      United States Attorney
                                      PETER K. THOMPSON
                                      Acting Regional Chief Counsel, Region IX
                                      Social Security Administration

                                By:  **/s/ Patrick Snyder*
                                      Patrick Snyder
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant
                                      (*As authorized by email on June 28, 2022)

## **ORDER**

Pursuant to stipulation, and good cause appearing, Plaintiff's request for a four-day extension of time to file a Motion for Summary Judgment is GRANTED. Plaintiff shall file a Motion for Summary Judgment on or before July 5, 2022. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **June 29, 2022**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE