DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel James Slover,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-01089-DAD-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from September 6, 2022 to October 6, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's third request for an extension of time.  Counsel for the Plaintiff is currently out of State attending to an emergency with her ill father. (see

1 attached declaration). Additional time will be needed in light of limited access to
2 her computer.
3      Counsel requires additional time to brief the issues thoroughly for the
4 Court's consideration. Defendant does not oppose the requested extension.
5 Counsel apologizes to the Defendant and Court for any inconvenience this may
6 cause.

                                Respectfully submitted,

Dated: September 6, 2022     PENA & BROMBERG, ATTORNEYS AT LAW

                        By: */s/ Dolly M. Trompeter*
                           DOLLY M. TROMPETER
                           Attorneys for Plaintiff

Dated: September 6, 2022     PHILLIP A. TALBERT
                           United States Attorney
                           PETER K. THOMPSON
                           Acting Regional Chief Counsel, Region IX
                           Social Security Administration

                        By: **/s/ Andrea Banks*
                           Andrea Banks
                           Special Assistant United States Attorney
                           Attorneys for Defendant
                           (*As authorized by email on September 6, 2022)

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include October 6, 2022, in which to file Plaintiff's Reply Brief; and that all other deadlines set forth in the Court's Scheduling Order (Doc. 7) shall be extended accordingly.  IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:  **September 7, 2022**              /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE

3