UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JAMES SLOVER, | No. 1:21-cv-01089-ADA-BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| KILOKO KIJAKAZI, Acting Commissioner of Social Security,[1] | (ECF Nos. 22, 24, 29) |
| Defendant. | |

Plaintiff Daniel James Slover ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for supplemental security income under Title XVI of the Social Security Act.

On August 24, 2023, the assigned Magistrate Judge issued findings and recommendations recommending that (1) Plaintiff's motion for summary judgment, (ECF No. 22), be granted; (2) Plaintiff's appeal from the administrative decision of the Commissioner be granted and the agency's determination to deny benefits be reversed; and (3) the Clerk of the Court be directed to enter judgment in favor of Plaintiff and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security. (ECF No. 29.) The findings and recommendations were served on the parties

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.

and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 11.) No objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 24, 2023, (ECF No. 29), are adopted in full;
2. Plaintiff's motion for summary judgment, (ECF No. 22), is granted;
3. Plaintiff's appeal from the administrative decision of the Commissioner of Social Security is granted and the agency's determination to deny benefits is reversed;
4. The Clerk of the Court is directed to enter judgment in favor of Plaintiff Daniel James Slover and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 12, 2023

UNITED STATES DISTRICT JUDGE

2