1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DANIEL JAMES SLOVER,                    No.  1:21-cv-01089-NODJ-BAM

12              Plaintiff,

13        v.                                  ORDER ADOPTING THE PARTIES'
                                              STIPULATION FOR THE AWARD OF
14    KILOLO KIJAKAZI, Acting                 ATTORNEY'S FEES UNDER THE EQUAL
      Commissioner of Social Security,        ACCESS TO JUSTICE ACT
15
              Defendant.                      (ECF No. 32)
16

17

18          On July 14, 2021, Plaintiff Daniel James Slover filed this action seeking review of a final

19    decision of Defendant Kilolo Kijakazi, Acting Commissioner of Social Security.  (ECF No. 1.)

20    On September 13, 2023, the Court adopted the assigned Magistrate Judge's Findings and

21    Recommendations and granted Plaintiff's Motion for Summary Judgment.  (ECF No. 30.)  On

22    December 13, 2023, the parties filed a stipulation that Plaintiff should be awarded attorney's fees

23    under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of $7,500.00.  (ECF

24    No. 32.)  The parties further stipulate that Plaintiff is not entitled to any costs under 28 U.S.C.

25    § 1920.  (*Id.*)

26          Accordingly,

27          1.      Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), Plaintiff is

28                  awarded attorney's fees in the amount of $7,500.00; and

                                                     1

1   2.      After the issuance of this order, the government shall consider the assignment of

2           the Equal Access to Justice Act attorney's fees to Plaintiff's counsel as follows:

3           a.      Pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010), any such

4                   assignment will depend on whether the attorney's fees are subject to any

5                   offset allowed under the United States Department of Treasury's Offset

6                   Program;

7           b.      Fees shall be made payable to Plaintiff, but if the Department of Treasury

8                   determines that Plaintiff does not owe a federal debt, then the government

9                   shall cause the payment of attorney's fees to be made directly to Plaintiff's

10                  counsel, Jonathan O. Peña; and

11          c.      Whether the payment of attorney's fees is made payable to Plaintiff or to

12                  counsel, the check will be mailed to Plaintiff's counsel's mailing address

13                  at:

14                          Jonathan O. Peña
                            Peña & Bromberg, PLC
15                          2440 Tulare St., Ste. 320
                            Fresno, CA 93721.
16

17   IT IS SO ORDERED.

18   Dated:    December 21, 2023

19

20                                                              _____
                                                                CHIEF UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28